## People ex rel. Genevieve Christner, Appellant, v. W. J. Hamilton et al., Appellees.

### Gen. No. 43,175.

opinion filed February 6, 1945; rehearing denied February 20, 1945; released for publication February 20, 1945. Emmett M. McDonald and Earl Wilcox, for appellant; William H. Meyer, for appellees. Opinion by JUSTICE O'CONNOR. Not to be published in full.